# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

DALE CRISTEE                                                                                        PLAINTIFF
ADC #70265

v.                                              NO. 2:07CV00045 JLH

LARRY NORRIS, et al.                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted as this Court's findings in all respects, with one additional comment. The grievance procedure of the Arkansas Department of Correction does not apply to decisions of the Arkansas Parole Board. *See* Document #42-9, Ex. H, p. 5, and Document #42-13, Ex. L, p. 5. The administrative remedy for an adverse decision of the Arkansas Parole Board is a request for reconsideration. *See* Board of Parole Policy Manual, p. 11 (available at http://www.arbop.org). On June 24, 2004, Cristee was denied parole for one year. Document #42-3, Ex. B. He requested reconsideration. Document #42-4, Ex. C. Though the document is not in the record, apparently the Board denied the request for reconsideration. One year later, the Board granted parole with a pre-release condition that he complete "TC." Document #42-5, Ex. D. Cristee again requested reconsideration. Document #42-6, Ex. E. However, he did not raise the objection that the T.C. Program is a faith-based program in his request for reconsideration. Therefore, he did not exhaust his administrative remedy as to that issue. Had he done so, the Board might have waived that condition or substituted an alternative pre-release condition. Because he did not raise the issue,

however, the Board had no opportunity to consider the objection and to provide an appropriate remedy.

IT IS THEREFORE ORDERED that the motion for summary judgment filed by Norris, Hobbs, and Harmon (Document #40) is GRANTED, and, based upon his failure to state a claim with regard to the remaining Defendants, Cristee's entire complaint is DISMISSED WITH PREJUDICE.

DATED this 28th day of March, 2008.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE