**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

| | |
|---|---|
| DALE CRISTEE<br>ADC #70265 | PLAINTIFF |
| v.    NO. 2:07CV00045 JLH/HDY | |
| JOHN BELKEN, Member of the<br>Arkansas Parole Board, *et al*. | DEFENDANTS |

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendants' motion for summary judgment (docket entry #128) is GRANTED, and plaintiff's complaint is DISMISSED WITH PREJUDICE.

DATED this 19th day of April, 2011.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE