### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

| | |
|---|---|
| DALE CRISTEE<br>ADC #70265 | PLAINTIFF |
| v.    NO. 2:07CV00045 JLH/HDY | |
| JOHN BELKEN, Member of the<br>Arkansas Parole Board, *et al*. | DEFENDANTS |

### **JUDGMENT**

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice.

The relief sought is denied.

DATED this 19th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE